JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-09684-SB (MRWx) | Date: | 1/23/21 |
|---|---|---|---|

| Title: | *Lucina Caldera v. Reliant Capital Solutions, LLC, et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **ORDER DISMISSING ACTION**

The Court has reviewed the parties' joint stipulation.  (Dkt. No. 14.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is **DISMISSED with prejudice** as to Plaintiff and is **DISMISSED without prejudice** as to the putative class.

**IT IS SO ORDERED**.